# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RUTH ANN DIDONATO, ADMINISTRATRIX OF THE ESTATE OF J.D. | : | No. 62 MAL 2021 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| SKI SHAWNEE, INC.,BLAIR ACADEMY AND JOHN PADDEN | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  BLAIR ACADEMY AND JOHN PADDEN | : | |
| | : | |

## **ORDER**

**PER CURIAM**

 **AND NOW**, this 24th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.